UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ANTIGONOS SHIPPING LIMITED,                    :

                    Plaintiff,    :    08 CV _____

   - against -                                   :

C& MERCHANT MARINE CO. LTD. a/k/a              :
C and MERCHANT MARINE CO., LTD. f/k/a          :
SEYANG SHIPPING CO. LTD.,                      :

              Defendant.    :

------------------------------------------------------------X

## ORDER TEMPORARILY SEALING COURT FILE

    An application having been made by counsel for Plaintiff for an Order Temporarily

Sealing the Court File:

    NOW, on reading and filing the Affidavit of Kevin J. Lennon, sworn to on July 8, 2008,

and good cause shown having been shown, it is hereby

    ORDERED that all documents, including, but not limited to, the Complaint and the other

pleadings, Orders and/or Writs filed and/or issued in this case be filed under seal, and the court

file be maintained under seal until the earlier of further notice of this Court or notification to the

Clerk that the Defendant's property has been attached and notice of attachment has been

provided to the Defendant. The Clerk of this Court may have access to the sealed file to

implement or ensure compliance with orders issued in this case.

Dated:  New York, NY
        July 8, 2008

                                   _____
                                       U.S.D.J.
                                Part I