UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANTIGONOS SHIPPING LIMITED,                :    08 CV 6201 (GEL)
:
              Plaintiff,              :
:
- against -                                :
:
C & MERCHANT MARINE CO. LTD. a/k/a         :
C and MERCHANT MARINE CO. LTD. f/k/a       :
SEYANG SHIPPING CO. LTD.,                  :
:
              Defendant.              :
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 1 6 2008

## ORDER TO UNSEAL CASE

This Court ordered on July 8, 2008, pursuant to Plaintiff's motion that this case be temporarily sealed. Upon application of the Plaintiff, if is now hereby

ORDERED that this case is UNSEALED;

IT IS FURTHER ORDERED that all papers filed heretofore will be posted electronically on the Court's ECF system.

Dated: New York, NY
       July 16, 2008

                                      SO ORDERED

                                      _____
                                      Hon. Gerard E. Lynch
                                      United States District Judge

                                      **LAURA TAYLOR SWAIN U.S.D.J.**
                                      Part I