UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ANTIGONOS SHIPPING LIMITED

          Plaintiff,

- against -

C & MERCHANT MARINE CO. LTD. a/k/a
C and MERCHANT MARINE CO. LTD. f/k/a
SEYANG SHIPPING CO. LTD.,

          Defendant.

------------------------------------------------------------X

08 CV _____ 6201

DISCLOSURE OF
INTERESTED PARTIES
PURSUANT TO
FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are its corporate parent(s) or any publicly held corporation(s) that own(s) 10% or more of its stock: None.

Dated: July 8, 2008
      New York, NY

                                      The Plaintiff,
                                      ANTIGONOS SHIPPING LIMITED

                                      By: _____
                                          Kevin J. Lennon
                                          Patrick F. Lennon
                                          Nancy R. Peterson (Siegel)

                                      LENNON, MURPHY & LENNON, LLC
                                      The Gray Bar Building
                                      420 Lexington Avenue, Suite 300
                                      New York, NY 10170
                                      (212) 490-6050 - phone
                                      (212) 490-6070 - fax
                                      kjl@lenmur.com
                                      pfl@lenmur.com
                                      nrs@lenmur.com