UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ANTIGONOS SHIPPING LTD.,

                <u>Plaintiff</u>,

   -against-

C & MERCHANT MARINE CO. LTD., <u>et al.</u>,

                <u>Defendant</u>.

------------------------------------------------------------x

08 Civ. 6201 (GEL)

**ORDER**

GERARD E. LYNCH, <u>District Judge</u>:

    The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

SO ORDERED.

Dated: New York, New York
       July 30, 2008

                                      GERARD E. LYNCH
                                   United States District Judge